# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **RICO DANCY,** | ) | **CASE NO. 1:17 CV 2033** |
| | ) | |
| Plaintiff, | ) | **JUDGE DAN AARON POLSTER** |
| | ) | |
| vs. | ) | |
| | ) | **JUDGMENT ENTRY** |
| **CUYAHOGA COUNTY** | ) | |
| **BOARD OF ELECTIONS,** | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons set forth in the Court's Memorandum of Opinion and Order, this action is dismissed. Further, the Court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

                                                           /s/ Dan Aaron Polster    10/10/2017

                                            **DAN AARON POLSTER**
                                            **UNITED STATES DISTRICT JUDGE**